THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| CHRISTOPHER TOLTON et al., <br><br>     Plaintiff, <br><br> v. <br><br> BRIAN NIELSON et al., <br><br>     Defendants. | **JUDGMENT IN A CIVIL CASE** <br><br> Case No. 4:20-CV-3-DN-PK <br><br> District Judge David Nuffer <br><br> Magistrate Judge Paul Kohler |

**IT IS ORDERED AND ADJUDGED** that Plaintiffs' action is **DISMISSED** with prejudice, based on entry of the Consent Decree.

**IT IS FURTHER ORDERED** that the Court will retain jurisdiction over this case for purpose of resolving disputes under the Consent Decree and effectuating or enforcing compliance with the terms of the Consent Decree.

DATED this 8th day of May, 2023.

BY THE COURT:

_____
JUDGE DAVID NUFFER
United States District Court